**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7215**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

HAKIM ABDULAH RASHID, a/k/a Rodney Buchanan,

              Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:10-cr-00941-RBH-1)

Submitted:  November 19, 2015       Decided:  November 24, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hakim Abdulah Rashid, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hakim Abdulah Rashid appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct an alleged error in the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. Although the district court correctly construed the motion as a motion for reconsideration, cf. Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may . . . correct a *clerical error* in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." (emphasis added)), because the district court lacked authority to reconsider its order granting Rashid's § 3582(c)(2) motion, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order. See United States v. Rashid, No. 4:10-cr-00941-RBH-1 (D.S.C. July 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED